**DENIED and Opinion Filed October 15, 2024**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

---

**No. 05-24-01184-CV**

---

## IN RE UNIVERSITY OF GYMNASTICS AT SHERMAN LLC, Relator

---

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-19-0691**

---

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court are relator's October 8, 2024 petition for writ of mandamus and motion for temporary relief to stay the trial setting. Relator challenges the trial court's August 29, 2024 letter ruling whereby the trial court denied Plaintiff's Objections to Defendant's Motion for Leave to Designate Responsible Third Party and Motion to Strike Responsible Third Party Designation.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny relator's motion for temporary relief as moot.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

241184F.P05